UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN BANDA JR., and<br>ARTHUR GARCIA | No. 1:23-mj-00053 SKO<br><br>UNSEALING ORDER |
|---|---|

For good cause shown, IT IS HEREBY ORDERED THAT:

The Complaint (including Affidavit) in the above-captioned case is unsealed.  The Government alerted the Court that upon defendant BANDA's arrest, which has now occurred, the basis for the sealing request was no longer an issue.

5/19/2023
DATED

*Sheila K. Oberto*
SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE